In the Matter of the Claim of MARY O'NEILL, Respondent, against CONSOLIDATED SHIPBUILDING CORPORATION, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of HARRY OWEN, Respondent, against H. W. DEAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of ELIZABETH SAUER, Respondent, against CHARLES WEIDEL and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence as to the cause of death or connecting the death with the accident, the hospital records not constituting legal evidence. All concur. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

JOHN C. STRICKLAND, Respondent, v. JOHN BREHENY, Appellant.— Judgment and orders unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

FRANCES AUSSEM, as Administratrix, etc., of IDA J. SMITH, Deceased, Respondent, v. PETER E. SMITH, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

PAUL A. ROWAN, Respondent, v. HORACE B. HOWARD, Appellant.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

EMMA T. YATES, Respondent, v. BOWMAN-BILTMORE HOTEL CORPORATION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Claim of SAM DONNA, Respondent, against VACUUM OIL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.